# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

Hui Luo,

Plaintiff-Appellee,

v.

L&S Acupuncture, P.C., Guoxi Liu, American Asian Acupuncture, PLLC,

Defendants-Appellants.

_____

**ORDER**
Docket No. 15-1892

    The Appellants filed a Notice of Appeal in the above-referenced matter. Appellants filed Form D on July 2, 2015, but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

    IT IS HEREBY ORDERED that the Appellants' brief and appendix must be filed on or before November 2, 2015. It is further ORDERED that the appeal will be dismissed effective November 2, 2015 if the brief and appendix are not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

